## ANDREW WESTBROOK *versus* SETH TAFT, HENRY SANDARS AND WILLIAM BROWN

JOURNAL ENTRIES (1824–25): *Journal 3:* (1) Rule to declare and to plead *p. 481. *Journal 4:* (2) Motion for separate juries overruled, jury impaneled, witnesses sworn MS p. 9; (3) jury trial MS p. 10; (4) verdict MS p. 11; (5) attendance of witnesses proved MS p. 11; (6) motion for new trial MS p. 13; (7) motion for new trial overruled MS p. 57; (8) judgment for costs MS p. 60.

PAPERS IN FILE: (1) Precipe for habeas corpus; (2) writ of habeas corpus and return; (3) recognizance and justification of bail; (4) stipulation for time to declare and plead; (5) declaration; (6) copy of execution issued by John K. Smith, J. P.; (7) plea of not guilty; (8–9) pleas of not guilty

and notice of justification; (10) precipe for subpoena; (11–12) subpoenas; (13–14) notices of taking depositions; (15–18) depositions of Seth Taft, David Cottrell, Amasa Hemenger and James B. Woolverton, respectively; (19) deposition envelope; (20) motion for separate juries; (21) precipe for subpoena; (22) subpoena; (23) precipe for subpoena; (24) verdict; (25) reasons for new trial; (26) motion and reasons for new trial.
*1824–36 Calendar*, MS p. 5.  Recorded in *Book B*, MS pp. 469–74.